UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JAMES A MCCOY,

Plaintiff,

v.

CHRISTIAN CHURCH HOMES, et al.,

Defendants.

Case No. 26-cv-05686-HSG

**ORDER GRANTING MOTION FOR EXTENSION OF TIME**

Re: Dkt. No. 12

The Court **GRANTS** the motion for an extension of time filed by Defendants Christian Church Homes, David Ortega, D. Spears, and William Booker. Dkt. No. 12. The motion to dismiss filed at Dkt. No. 11 is deemed timely filed. Plaintiff James A. McCoy shall file a response by September 4, 2026. Defendants shall file any reply by September 14, 2026. The motion will be deemed submitted once the reply brief is filed unless otherwise ordered by the Court. *See* Civil L.R. 7-1(b).

**IT IS SO ORDERED.**

Dated: 8/19/2026

HAYWOOD S. GILLIAM, JR.
United States District Judge

United States District Court
Northern District of California