UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JAMES A MCCOY,
Plaintiff,
v.
CHRISTIAN CHURCH HOMES, et al.,
Defendants.

Case No. 26-cv-05686-HSG

**ORDER VACATING CASE MANAGEMENT CONFERENCE**

The Court **VACATES** the case management conference previously scheduled for September 15, 2026, in light of the pending motion to dismiss, Dkt. No. 11. The Court will reset the case management conference if needed once it has resolved the motion to dismiss.

**IT IS SO ORDERED.**

Dated: 9/9/2026

Haywood S. Gilliam, Jr.
HAYWOOD S. GILLIAM, JR.
United States District Judge

United States District Court
Northern District of California